# EXHIBIT A

**Exhibit A to the Complaint**

**Location:** Chicago, IL  
**Total Works Infringed:** 66

**IP Address:** 98.193.97.242  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | Blacked Raw | 07/27/2018 17:58:17 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 2 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | Blacked Raw | 04/23/2018 17:08:49 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 3 | 06F39379F3307C4AF45B6ED9D488BCD8AD3FFDC1 | Blacked Raw | 07/12/2018 21:17:59 | 07/11/2018 | 07/19/2018 | 16822264644 |
| 4 | 06F79434931C13FC439AF646206E698DBF9E6913 | Blacked Raw | 04/09/2018 16:21:58 | 04/07/2018 | 05/19/2018 | 16665887604 |
| 5 | 072943E9FF85CAC0497073948D256F424C37A602 | Blacked Raw | 02/07/2018 17:01:30 | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 6 | 082C43A6A41C30507682EB32F25A418C5223436D | Blacked | 02/05/2018 18:42:48 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 7 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | Vixen | 01/11/2018 19:38:44 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 8 | 1F0A40D9931A60C7401070BBD73D17A7353F0E7D | Blacked Raw | 08/16/2018 13:59:02 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 9 | 1F2EED26C15A4E12C117AA5EAF5D5ED2622B2291 | Tushy | 04/17/2018 16:35:26 | 04/16/2018 | 05/19/2018 | 16665915932 |
| 10 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Raw | 12/19/2017 16:40:11 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 11 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | Blacked | 08/09/2018 15:20:56 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 12 | 245E7595EAF9BD032DBBCC7121C46D91F6011AA6 | Tushy | 06/06/2018 22:42:04 | 06/05/2018 | 06/30/2018 | 16761912618 |
| 13 | 24D8A4B04637387530796E5D65A63987ABE9317A | Vixen | 01/16/2018 01:18:44 | 01/14/2018 | 01/22/2018 | PA0002101751 |
| 14 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 11/11/2017 20:51:21 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 15 | 30DA489597F6D7CBEA57C6287564FA8325DBC4F8 | Blacked Raw | 06/19/2018 13:08:29 | 06/16/2018 | 06/30/2018 | 16761900312 |
| 16 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/28/2017 15:12:22 | 12/26/2017 | 01/24/2018 | PA0002101758 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 316818F612530D9924F39FA37C06B6A2339F9E1E | Blacked Raw | 03/29/2018 17:08:21 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 18 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | Blacked Raw | 08/06/2018 17:18:22 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 19 | 35716DE321621E8E0C6E0CCBBDAE0F46628F447A | Tushy | 02/16/2018 17:27:45 | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 20 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Raw | 12/14/2017 18:24:08 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 21 | 36B7266729748819E444F7942B37F3EDD4208849 | Blacked Raw | 02/17/2018 16:58:31 | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 22 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 11/21/2017 22:33:18 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 23 | 46008F270CD49FF19391341B7014BF9549387B91 | Blacked | 01/01/2018 17:39:40 | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 24 | 46EEF973B7C807D503B35602AAA73C61148F2278 | Blacked Raw | 02/08/2018 23:08:08 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 25 | 48FACB22E186B79A3559DF1240089673767DFC3E | Tushy | 12/19/2017 17:31:54 | 12/17/2017 | 01/24/2018 | PA0002101765 |
| 26 | 49AC32A35FDA73ED25DC180D6DB00F409402501B | Tushy | 11/08/2017 00:32:20 | 11/07/2017 | 11/30/2017 | PA0002097995 |
| 27 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Raw | 12/04/2017 17:38:59 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 28 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 03/21/2018 16:16:50 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 29 | 63B0146A0CFC37F1FBF5E924B89EDA4AFD406101 | Blacked Raw | 07/02/2018 15:54:12 | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 30 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/18/2017 21:23:48 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 31 | 6B7EEF6AEDA2787A84E7F56E17DF19F5F7CCA93C | Tushy | 02/01/2018 23:50:05 | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 32 | 6C38232F41EA64DAA5575DD592D16021BEEE98A2 | Blacked | 05/25/2018 15:40:12 | 05/24/2018 | 06/30/2018 | 16761900432 |
| 33 | 77537958D009D974B9970112342BCA232614C16F | Blacked | 01/11/2018 19:33:27 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 34 | 81D42492975334B332A7CE760DB734759D4626B5 | Blacked Raw | 08/01/2018 18:27:32 | 07/31/2018 | 09/01/2018 | 16920689659 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | Blacked Raw | 12/25/2017 19:12:26 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 36 | 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275 | Vixen | 04/25/2018 16:42:31 | 04/24/2018 | 05/19/2018 | 16665915302 |
| 37 | 8D2EFF22392159795F468C91719C1C252C255924 | Blacked Raw | 03/24/2018 19:38:15 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 38 | 8DD74BAC881068002B2476A3A64C93B76826A9B9 | Tushy | 12/04/2017 17:36:51 | 12/02/2017 | 01/04/2018 | PA0002097497 |
| 39 | 93549317257A2157F77D68D6A18E486F3C583672 | Tushy | 06/27/2018 19:58:53 | 06/25/2018 | 07/15/2018 | 16822264279 |
| 40 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Raw | 11/15/2017 01:36:10 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 41 | 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2 | Blacked | 04/26/2018 16:43:22 | 04/25/2018 | 05/19/2018 | 16665887869 |
| 42 | 9A5ACC9C958C00F1B826AC91A7DB3423BCE3F400 | Blacked Raw | 04/14/2018 14:06:06 | 04/12/2018 | 05/19/2018 | 16665887442 |
| 43 | 9FF80B2839A26436102D5F29181B6B608EAAC14F | Blacked | 07/16/2018 19:17:02 | 07/14/2018 | 07/19/2018 | 16822264220 |
| 44 | ACBF2C742DFB571CCC35D824499F49A870296255 | Blacked Raw | 06/22/2018 17:12:57 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 45 | AE239D62AECAF3E11B72744CA93C44F09BAECD9C | Blacked Raw | 02/12/2018 19:19:49 | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 46 | B5E2089BD88F5B29E059EAF5C2E621B3B5008919 | Blacked | 07/05/2018 18:55:55 | 07/04/2018 | 07/15/2018 | 16822264526 |
| 47 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | Blacked Raw | 12/31/2017 18:19:18 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 48 | BF0780F2FFDA83874CCA51107D499AED2E52AD92 | Blacked Raw | 12/09/2017 15:59:57 | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 49 | C4705CDBE06284FCCC4E7C0AFA85554E5CE10645 | Tushy | 04/09/2018 16:15:13 | 04/06/2018 | 05/19/2018 | 16665915351 |
| 50 | C8677DE82C7033CA6BDF6C2062C173F7401FFBE2 | Vixen | 01/22/2018 16:56:15 | 01/19/2018 | 03/02/2018 | PA0002104769 |
| 51 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 11/27/2017 16:57:28 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 52 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | Blacked | 04/30/2018 18:12:43 | 01/30/2018 | 03/01/2018 | PA0002079186 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 11/18/2017 21:23:22 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 54 | CE6D6E5E49DAD802901C1CF33D947FC36523802A | Blacked | 04/30/2018 18:05:56 | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 55 | D0BB360420E57FE725E43E8A0001D26CEABF17CC | Blacked Raw | 01/23/2018 15:31:34 | 01/22/2018 | 02/20/2018 | PA0002104185 |
| 56 | D50BF8212FE5D98D5F36C1B12E745F493E67C6DE | Blacked Raw | 04/03/2018 15:42:30 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 57 | D68599155F00A8CA95C8BF9F81800CC36A2FEAA5 | Vixen | 05/29/2018 19:58:42 | 05/29/2018 | 06/30/2018 | 16761901131 |
| 58 | DAFC93B6C471FBB4324C5ABE4B7B23E9F440B87A | Blacked Raw | 06/13/2018 19:16:13 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 59 | DE00285CDC5F2F3A2D02D98133147476F144C14D | Vixen | 07/09/2018 16:05:57 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 60 | E07877B71CF19666B48388AB9C202988860AC477 | Tushy | 05/02/2018 16:38:05 | 05/01/2018 | 05/19/2018 | 16665887555 |
| 61 | E0805C7C54BD9B9777F151B670B78A4D50290951 | Blacked | 05/14/2018 02:50:32 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 62 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/12/2017 18:02:39 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 63 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | Blacked | 04/06/2018 15:03:10 | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 64 | EFDB886D8D69B8D7CC31153066C52424FA716283 | Vixen | 06/27/2018 20:10:08 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 65 | F653074AF93B63220D56ED0DF0BB1EBD84EFEE80 | Vixen | 04/15/2018 20:13:27 | 04/14/2018 | 05/19/2018 | 16665887967 |
| 66 | F7479DF34AAC4301BFEEACE6A3872B78BEB7F9B5 | Blacked | 07/31/2018 17:30:11 | 07/29/2018 | 09/01/2018 | 16920624042 |