# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Strike 3 Holdings, LLC

                                            Plaintiff,

v.                                                                                                  Case No.: 1:18−cv−06620

                                                                               Honorable John Robert Blakey

JOHN DOE subscriber assigned IP address 98.193.97.242

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 13, 2018:

      MINUTE entry before the Honorable John Robert Blakey: Oral agreed motion to reset status hearing is granted. Status hearing previously set for 11/13/2018 is reset for 1/10/2019 at 9:45 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.